# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 10717
REFECTORY,
Appellant,
vs.
BANK OF AMERICA, N.A.,
Respondent.

No. 82153

**FILED**

NOV 1 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY:_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order granting summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; James Crockett, Judge.[1]

The district court granted summary judgment for respondent and denied appellant's request to file an amended complaint asserting NRS 106.240 as a basis for relief. In so doing, it determined that amendment would be futile in light of this court's decision in *Glass v. Select Portfolio Servicing, Inc.*, Docket No. 78325, Order of Affirmance, at *2-3 (July 1, 2020), which held that a Notice of Rescission rescinding a previously recorded Notice of Default "effectively cancelled the acceleration" triggered by the Notice of Default, such that NRS 106.240's 10-year period was reset.

On appeal, appellant contends that (1) it did not need to file an amended complaint to assert NRS 106.240 as a basis for relief; and (2) the Notice of Rescission in this case is different from the Notice of Rescission in *Glass*, such that the Notice of Rescission in this case did not cancel the acceleration. While we find appellant's first argument dubious, we need not

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

21-32322

conclusively resolve it, as appellant's second argument is simply inaccurate. The Notice of Rescission in this case is substantively identical to the Notice of Rescission in *Glass*. Accordingly, the district court correctly determined that the Notice of Rescission here had the same effect.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.[3]

_____, C.J.
Hardesty

_____, J.        _____, Sr. J.
Cadish                              Gibbons

cc:    Hon. James Crockett, District Judge
       Ara H. Shirinian, Settlement Judge
       Roger P. Croteau & Associates, Ltd.
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

_____

[2]To the extent appellant argues that the district court should have ordered an accounting reflecting a zero balance on the secured loan, this argument is meritless.

[3]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.